# Third District Court of Appeal
## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1149
Lower Tribunal No. F14-700
_____

**Edward R. Brown,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Edward R. Brown, in proper person.

Ashley Moody, Attorney General, for respondent.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Denied.